# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MELISSA L. GERVAIS, Defendant. | 18-PO-05004-JTJ <br><br> VIOLATIONS: <br> 6028202 <br> 6028203 <br> Location Code: M13 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall serve a 60-day jail term with credit for 60 days served at the Blackfeet Tribal Jail.

IT IS FURTHER ORDERED that any fine and processing fee are WAIVED.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for February 7, 2019, is VACATED.

DATED this 16th day of January, 2019.

John Johnston
United States Magistrate Judge